[Criminal No. 537.  Filed January 16, 1923.]

[211 Pac. 1118.]

FRANK GEORGE, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the County of Yavapai. R. C. Stanford, Judge. Affirmed.

PER CURIAM.—The record on appeal reached the Supreme Court March 4, 1922. The appellant has taken no step to point out to the court wherein he was prejudiced in his trial. We have examined the following parts of the record for error, to wit: The information, the evidence, and the court's instructions—and are satisfied therefrom appellant had a fair trial. The judgment is accordingly affirmed.